IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAHMAAN MANZAR EL HERMAN,<br><br>Defendant. | No. CR 04-4042-MWB<br><br>ORDER REGARDING GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S POST-TRIAL MOTIONS |

_____

This matter comes before the court on the government's Motion For Extension Of Time To Respond To Defendant's Post-trial Motions (#74). For good cause shown, the government's Motion For Extension Of Time To Respond To Defendant's Post-trial Motions is granted. The government shall file its response to defendant's post-trial motions on or before September 26, 2007.

**IT IS SO ORDERED.**

**DATED** this 24th day of September, 2007.

_____
MARK W. BENNETT
U. S. DISTRICT COURT JUDGE
NORTHERN DISTRICT OF IOWA